# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

―――――――――――――

2025 ND 80

―――――――――――――

Xavier Dennis,                                        Plaintiff and Appellant

v.

Veronika Dennis,                                    Defendant and Appellee

and

State of North Dakota,                       Statutory Real Party in Interest

―――――――――――――

No. 20240288

―――――――――――――

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Douglas L. Mattson, Judge.

AFFIRMED.

Per Curiam.

Kyle R. Craig, Minot, ND, for plaintiff and appellant.

Quinn A. Harmon, Bismarck, ND, for defendant and appellee.

**Per Curiam.**

[¶1]   Xavier Dennis appealed from a divorce judgment. Xavier Dennis argues the district court erred in distributing the parties' marital property and in awarding Veronika Dennis primary residential responsibility. We conclude the court's distribution of the parties' marital estate and award of primary residential responsibility is not clearly erroneous. We summarily affirm the divorce judgment under N.D.R.App.P. 35.1(a)(2) and deny Veronika Dennis's request for attorney's fees on appeal.

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr